Case 7:26-cr-00487-KMK Document 52 Filed 11/23/26 Page 1 of 1

Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

November 23, 2026

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Bingham, et al. (Juzan Spence)*, 26-cr-487 (KMK)

Dear Judge Karas:

This letter is an application to modify the bond conditions for Juzan Spence to permit him to travel to visit family on November 26, 2026. Mr. Spence was granted a bond at his initial presentment on October 21, 2026, the conditions of which include a $100,000 unsecured bond, with home detention enforced by electronic monitoring. He resides at the home of his mother in New Jersey. He is asking for permission to travel to the Bronx in order to spend the Thanksgiving holiday with his grandmother (the mother of his late father) and other family members, including his two young daughters who both reside in the Bronx.

Because this social visit would not be among the home detention exceptions listed in the bond, we seek an order permitting this travel. The Pretrial Services office advises that they oppose this request and the government advises they defer to the view of the Pretrial Services office.

Very truly yours,

*/s/ Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)

Granted. The Court adds this one-day Thanksgiving visit to the exceptions listed in the Bond. This is granted on the condition that Mr. Spence provide the address of his grandmother's residence to PTS and that he not stay overnight during this trip.

So Ordered.

11/23/26